IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| BARBARA URQUIZA,<br>     Plaintiff, | Civil Action File No. 4:04CV1176 |
| v. | 04 12247 |
| WYETH and its division<br>WYETH PHARMACEUTICALS, INC.,<br>PHARMACIA and UPJOHN COMPANY,<br>PHARMACIA CORPORATION,<br>PFIZER, INC., GREENSTONE, LTD.,<br>BARR PHARMACEUTICALS, INC.,<br>BARR LABORATORIES,<br>DURAMED PHARMACEUTICALS, INC.<br>BRISTOL-MYERS SQUIBB COMPANY<br>and NOVARTIS PHARMACEUTICALS<br>CORPORATION<br>     Defendants. | FILED<br>U.S. DISTRICT COURT<br>EASTERN DISTRICT ARKANSAS<br>OCT 0 8 2004<br>JAMES W. McCORMACK CLERK<br>By: _____ DEP CLERK |

*For all prior pleadings in this case refer to:*

| | |
|---|---|
| PATRICIA BURRIDGE,  Et Al | Civil Action No.<br>4-04-CV-528WRW |
| v. | |
| WYETH,  Et Al | |

*For all prior pleadings in this case refer to:*

| | |
|---|---|
| In re PREMPRO PRODUCTS LIABILITY<br>LITIGATION | MDL Docket No.<br>4:03CV1507WRW |

**COMPLAINT and NOTICE OF SEVERANCE OF CLAIM**

1

## INFORMATION REQUESTED FOR SEVERANCE

Pursuant to Judge William Wilson's Order Severing and Transferring Multi-Plaintiff suits dated August 31, 2004, Plaintiff provides the following information to the Court for use in the transfer process:

1. Federal judicial district in which the plaintiff resides: **Massachusetts Federal Judicial District**

2. Federal judicial district in which the plaintiff received Hormone Therapy treatment: **Massachusetts Federal Judicial District**

3. Federal judicial district in which the plaintiff's medical providers reside: **Massachusetts Federal Judicial District**

4. Federal judicial district which the plaintiff prefers: **Massachusetts Federal Judicial District**

## COMPLAINT

COMES NOW, Plaintiff BARBARA URQUIZA and through her attorneys file this suit against Defendants, , WYETH and its Division WYETH PHARMACEUTICALS, INC., PHARMACIA and UPJOHN COMPANY, PHARMACIA CORPORATION, PFIZER, INC., GREENSTONE LTD., BARR PHARMACEUTICALS, INC., BARR LABORATORIES, INC., DURAMED PHARMACEUTICALS, INC., NOVARTIS PHARMACEUTICALS CORPORATION and BRISTOL-MYERS SQUIBB COMPANY (hereinafter Defendants or Manufacturing Defendants) and in support thereof alleges as follows:

16. In a print advertisement that Wyeth published in the October 13, 1975, edition of *JAMA*, Wyeth claimed that "tension, irritability, headaches, undue fatigue, depression and insomnia," when caused by declining menopausal estrogen levels, may be relieved with Premarin. Additionally, at the top of the advertisement, in large print, Wyeth advised doctors, "Almost any tranquilizer might calm her down . . . but at her age, estrogen may be what she really needs." The 1975 advertisements stated: "in the treatment of middle-aged depression, there may be one thing to add... Premarin." Again no clinical studies or reliable science supported these representations.

17. In 1977, the Food & Drug Administration (FDA) issued a statement confirming that estrogen therapy should not be used to treat simple nervousness during menopause and that there was no scientific support for any representation that such therapy could keep a woman feeling young or her skin soft.

18. By the mid-70s, more than 30 million prescriptions for Premarin were being written every year, eventually making it the fifth most frequently prescribed drug in the United States.

19. Then the first hormone therapy health epidemic arose. In the New England Journal of Medicine (NEJM) in 1975, two articles appeared that linked estrogen therapy to a significantly increased risk of women developing endometrial cancer. Quickly physicians stopped prescribing Premarin for women with intact uteri. Estrogen sales plummeted and by 1979, the only approved use of estrogen was for treatment of hot flashes and vaginal dryness.

20. In 1979, Dr. Robert Greenblatt published an article in the *Journal of Geriatrics Society* which reported that "*estrogen related uterine cancer can be avoided if*

10

*progesterone is added to the regimen".* Wyeth and the other drug manufacturers immediately started promoting combination hormone therapy.

21.  In order to obtain a patent on a prescription progesterone, Pfizer developed a synthetic hormone product called Medroxyprogesterone Acetate or MPA that was marketed under the brand name Provera. This drug does not have the same chemical or pharmacological effect as the natural hormone progesterone.

22.  Pfizer (and later generic MPA manufacturers) knew that Provera (and subsequent generic MPAs) did not have the same benefits as progesterone and had dramatically more risk. Yet, from the early 1980s until 1995, Defendants promoted, marketed and encouraged the combination prescription of Premarin or a generic estrogen with Provera or a generic MPA. Indeed, in 1985, the Pfizer advertising campaign for Provera was a color advertisement featuring Premarin and Provera as the preferred hormone therapy combination.

23.  Defendants created generic estrogen products as well as generic MPA products for use in combination hormone therapy. Defendants knew that such combination therapy exposed patients to even greater risk than either prescription drug alone. Yet Defendants never fully researched such risks and never provided full and accurate information to physicians, patients and the public about such risks.

24.  In 1985, Wyeth added a new spin to the marketing of hormone therapy drugs by claiming that the drugs could help prevent bone loss. Wyeth hired a public relations firm to create public awareness of osteoporosis and learned that 77% of women had never heard of osteoporosis. As a result, Wyeth's public relations campaign informed women

that osteoporosis is a devastating disease and that its estrogen drug, Premarin, could treat it.

25. Soon, Wyeth's public relations campaign created support for a National Osteoporosis Week and eventually, a National Osteoporosis Foundation (to which Wyeth contributed).

26. Defendants represented that estrogen and combination hormone therapy drugs, could prevent or reduce cardiovascular disease. Indeed, Defendants' sales representatives encouraged doctors to prescribe hormone therapy even if a woman was not having menopausal symptoms because of the therapy's purported cardiac benefits.

27. These benefits were never proven by reliable scientific evidence and are, in fact, false. Defendants fraudulently recommended that physicians prescribe these hormone drugs in order to provide patients with this purported cardiac benefit.

28. Wyeth claimed that the cardiac benefits of hormone therapy were proven by the Nurses Health Study. The Nurses Health Study, was based on questionnaires of almost 122,000 female nurses, including 32,300 post-menopausal women. This study's results were published in 1985 and were clearly impacted by observational and selection bias since the population of nurses were health conscious and generally following better exercise and diet regiments than a general population. Moreover, the participants in The Nurses' Study were educated and compliant "patients"—actually nurses—who were more keenly aware of their health conditions and at a lower risk for heart disease regardless of hormone therapy. However, Wyeth ignored this obvious flaw and instead, exaggerated the results to support its promotion of Premarin.

29. As a result of Wyeth's marketing efforts, between 1990 and 1995 Premarin became the most frequently dispensed prescription drug in the United States. All defendants saw dramatic increases in sales from marketing efforts to promote the combination use of hormone therapy drugs without adequate warnings of the risks.

30. In approximately 1993, Wyeth distributed a videotape to consumers entitled, "*What every woman should know about Estrogen.*" This videotape claimed to be a "seminar for women" and depicted a female doctor advising women about menopause and hormone therapy. Wyeth's video "seminar" warned of a wide variety of illnesses and ailments purportedly associated with menopause. Among other things, Wyeth represented that estrogen loss causes bones to become "brittle," skin to become "dryer," and sexual intercourse to become "painful and irritating." While Wyeth's video was exhaustive in its warnings about menopause, it glossed over the dangers and risks associated with hormone therapy. In its "*What every woman should know about Estrogen*" video seminar, Wyeth also represented to women that estrogen provided "long term health protection" and should be continued indefinitely, even after short term menopausal symptoms, such as hot flashes, had subsided. When a purported consumer inquired how long Premarin should be taken, Wyeth's doctor-spokesperson responded "anywhere from five to ten years in order to get protection from long term problems." And, with regard to breast cancer risks, Wyeth represented to women, through its video "seminar" that the benefits of taking estrogen "far outweigh[ed]" the risks for women unless they faced a particularly high risk of breast cancer.

31. In 1994, Wyeth got approval for its next marketing blockbuster: combination hormone therapy in a single pill. Prempro is an oral medication that combines the

estrogenic compound CEE with the progestin MPA in a single pill taken one time per day. A similar Wyeth product containing the same combination of compounds is brand named Premphase. Premphase delivers both CEE and MPA for only part of the monthly regime and then CEE alone without the MPA component for the rest of the month. Wyeth now had multiple hormone therapies in the "Premarin family of products" to market and promote.

32. Soon after the introduction of Prempro, Wyeth agreed to fund a four year heart disease prevention trial, called HERS: Heart and Estrogen/Progestin Replacement Study. Wyeth touted the study as one that would show that that Prempro (its specific combination of CEE and MPA hormone therapy) prevented heart disease in women who were at high risk for heart disease. Wyeth was seeking FDA approval of the use of Prempro to prevent or reduce the risk of heart disease. But in 1998, the HERS investigators reported that hormone therapy did not reduce the rate of coronary heart disease events in women with heart disease and in fact dramatically increased the risk of heart disease and heart attack in those women, especially in the first year. The HERS results were immediately minimized or ignored by Wyeth and its sales representatives.

33. With no actual science to support its assertions, Wyeth continued an aggressive marketing plan with promotion directly to the patients. Beginning in early 1999, Wyeth even distributed a brochure to women through the waiting rooms of physicians' offices that claimed, "Menopause isn't gone in a flash — its debilitating consequences can affect the rest of your life." The promotional brochure also directed women to "take a few minutes to think about the rest of your life" and listed a number of conditions which

neither Prempro nor Premarin had been approved by the FDA to treat, including Alzheimer's disease, vision problems, tooth loss, heart disease, and colon cancer.

34. In a magazine advertisement that featured model Lauren Hutton, Wyeth made a rash of similar claims, suggesting that its hormone therapy drugs were appropriate for treating or preventing, among other things, memory loss, colon cancer, and age-related vision loss. In the March 19, 2000, edition of *Parade Magazine,* Wyeth spokesperson Lauren Hutton (who was not identified as a Wyeth spokesperson) was asked what she did to look good and feel fit and she answered: "[M]y number 1 secret is estrogen. It's good for your moods; it's good for your skin. If I had to choose between all my creams and makeup for feeling and looking good, I'd take the estrogen."

35. A cornerstone of the marketing Wyeth program was promotion of hormone therapy for long-term use of indefinite duration. Specifically, *JAMA* reported that:

> In 2000, 46 million prescriptions were written for Premarin (conjugated estrogens), making it the second most frequently prescribed medication in the United States and accounting for more that $1 billion in sales, and 22.3 million prescriptions were written for Prempro (conjugated estrogens plus medroxyprogestrone acetate). While US Food and Drug Administration-approved indications for hormone therapy include relief of menopausal symptoms and prevention of osteoporosis, *long-term use has been in vogue to prevent a range of chronic conditions, especially heart disease.*
> (Emphasis added.)

36. Wyeth continued to press the FDA to approve the use of Prempro to prevent or reduce the progression of heart disease in post-menopausal women. The FDA did not believe there was sufficient scientific evidence to support such an indication/usage of the drug and denied Wyeth's request without reliable science from a controlled study to support the assertions. Even though the FDA had specifically not approved the use of

15

Prempro for the prevention or improvement of heart disease, Wyeth continued to promote Prempro as having this benefit and even represented to physicians that Prempro reduced cardiovascular mortality by 50%.

37. In the early 1990s, the Women's Health Initiative Study (WHI) was thus born. Conducted by the National Institutes of Health (NIH) and supported by Wyeth, this large scale, controlled study was designed to definitively allay any question about Prempro's heart, osteoporosis and mental cognition benefits.

38. While Wyeth waited for the WHI study researchers to collect their data and reach their conclusions, the drug maker's overzealous hormone therapy marketing effort continued. At least until mid-2002, Wyeth distributed a hormone therapy promotional brochure targeted for women consumers. The front cover stated: "Starting your Hormone Replacement Therapy (HRT)" and encouraged a woman to "Say yes to PREMPRO." The brochure contained testimonial statements from women taking Prempro, such as, "I wanted an HRT that was established, time tested, and had a successful track record. I'm delighted with PREMPRO" and "With PREMPRO, I know I've taken action to protect my health — and that's truly empowering." The unbalanced nature of Wyeth's marketing efforts is typified by the inadequate warnings contained in the "Side Effects" section of Wyeth's "Say yes to PREMPRO" brochure. In the warnings section, Wyeth only relates the risk of uterine cancer (associated with estrogen-only therapy), worsening diabetes, nausea, abdominal pain, irregular bleeding, headache, hair loss, and breast tenderness.

39. On July 9, 2002, the National Heart, Lung and Blood Institute ("NHLBI"), a federal agency and part of the National Institutes of Health ("NIH"), halted the WHI study

16

because the investigators concluded that, under the circumstances, the risks of taking Prempro outweighed its benefits. The scientific papers discussing the results of the WHI study provided the most comprehensive published data evaluating the risk and benefits of this drug combination of CEE and MPA. In July of 2002, the published results of the WHI provided the scientific and medical communities with important (although preliminary) information as to the varied and overwhelming risks associated with hormone therapy. Since July of 2002 there have been a number of additional findings and studies published and other studies evaluating these risks are ongoing currently.

40. The results of the WHI study and other studies like it, contradict the scientific and medical assertions that all Manufacturing Defendants had made for decades about their respective products. Manufacturing Defendants told the community of medical physicians who consistently prescribed these medications that the risks of these drugs were minimal and that there were great benefits ranging from symptom relief to the prevention of life threatening medical conditions like heart disease and osteoporosis.

41. The Women's Health Initiative (WHI) was a study that focused on defining the risks and benefits of strategies that could potentially reduce the incidence of heart disease, breast and colorectal cancer, and fractures in post-menopausal women. Between 1993 and 1998, the WHI enrolled 161,809 post-menopausal women volunteers in the age range of 50 to 79 years. The study was conducted at 40 clinical centers in the United States and was scheduled to last for 15 years. Participants in the combination therapy arm of the WHI study received Prempro because it contained both the progestin MPA as well as the estrogenic compound Premarin. The Prempro arm of

the WHI involved 16,608 women ages 50 to 79 years with an intact uterus. An important objective of the trial was to examine the effect of this combination pill on the prevention of heart disease and hip fractures, and any associated change in risk for breast and colon cancer.

42. In 2000 and again in 2001, WHI investigators complied with a recommendation from the study's Data and Safety Monitoring Board (DSMB) to inform participants of a small increase in heart attacks, strokes, and blood clots in women taking hormones. The DSMB, an independent advisory committee charged with reviewing results and ensuring participant safety, found that the actual number of women having any one of these events was small and did not cross the statistical boundary established to ensure participant safety. Therefore, the group recommended continuing the trial due to the still uncertain balance of risks and benefits.

43. At the DSMB's meeting on May 31, 2002, the data review confirmed that the number of cases of invasive breast cancer in the estrogen plus progestin group had crossed the boundary established as a signal of increased risk. The DSMB's May 31, 2002, recommendation to stop the trial was based on the finding of increased breast cancer risk, supported by the evidence of overall health risks exceeding any benefits. On July 8, 2002 participants started receiving letters informing them about the results and telling them that they should stop study medications.

44. The WHI Study found that for the Prempro arm, when compared to placebo, there was an overall increased risk of the following adverse events:

        (i)     41 % increase in strokes,

        (ii)    29 % increase in heart attacks,

18

      (iii)     200 % increase in venous thromboembolism (blood clots),

      (iv)     22 % increase in total cardiovascular disease,

      (v)     26 % increase in breast cancer,

The WHI Study concluded that the "Overall health risks exceeded benefits from use of combined estrogen plus progestin for an average 5.2-year follow-up among healthy post-menopausal US women." The Study also found that the combination hormone regimen should not be initiated or continued for primary prevention of coronary heart disease.

45. Because of the importance of the report from the WHI investigators on the estrogen plus progestin study, the study was released early to the public on July 9, 2002, as an expedited article on the *JAMA* Web site. In commenting on the studies findings, NHLBI Director, Dr. Claude Lenfant, was unequivocal in his own conclusions:

> The cardiovascular and cancer risks of estrogen plus progestin outweigh any benefits—and a 26 percent increase in breast cancer risk is too high a price to pay, even if there were a heart benefit. Similarly, the risks outweigh the benefits of fewer hip fractures.

46. Dr. Jacques Roussow, acting director of the WHI and lead author of the JAMA article, summarized the risks of combination hormone therapy in very straightforward manner as he explained the statistical significance of the study results:

> The WHI results tell us that during 1 year, among 10,000 post-menopausal women with a uterus who are taking estrogen plus progestin, *8 more will have invasive breast cancer, 7 more will have a heart attack, 8 more will have a stroke, and 18 more will have blood clots, including 8 with blood clots in the lungs*, than will a similar group of 10,000 women not taking these hormones. This is a relatively small annual increase in risk for an individual woman. Individual women who have participated in the trial and women in the population who have been on estrogen

19

> and progestin should not be unduly alarmed. However, even small individual risks over time, and on a population-wide basis, add up to **tens of thousands of these serious adverse health events**.
>
> (Emphasis added)

47. Hormone therapy poses substantial health risk with little or no corresponding benefit. This is especially true of the use of estrogens combined with synthetic progestins. Manufacturing Defendants who sold only one part of the combination therapy (either an estrogen drug or generic MPA) promoted and marketed the combination therapy while knowing that there was no confirmation or science to support the safety or efficacy of such combination. Indeed, all Defendants knew (or should have known) of the significant risks associated with the combination therapy. However, all Manufacturing Defendants named in this suit intentionally and knowingly marketed, promoted and encouraged the combination use of these two hormone drugs. Importantly, no Defendant ever conducted a controlled, long-term or well-designed study to monitor or evaluate the risks of combination hormone therapy. Further, no Defendant ever adequately or competently studied the relative effectiveness versus risk of lowering the recommended dose of the combination drugs or of encouraging such combination use only for short durations. Defendants who manufactured generic estrogen or MPA drugs relied upon Wyeth and the Pfizer / Pharmacia / Upjohn defendants' research, representations and promotion and failed to conduct their own studies or research to establish the safety or efficacy of these drugs and failed to provide complete and accurate information about their products. Every defendant knew of the significant risks associated with combination therapy and failed to appropriately warn of such risks. These risks include breast cancer, ovarian cancer, heart attacks,

strokes, deep vein thromboembolisms, pulmonary embolisms, gallbladder cancer and auto-immune diseases (such as lupus and scleroderma).

48.   **Blood Clot risks.**  Hormone therapy causes blood clots which, depending on where they occur or end up, result in strokes, heart attacks, thromboembolisms, and pulmonary embolisms.  Manufacturing Defendants never adequately or appropriately warned physicians or users that estrogen therapy could cause or contribute to this risk.

49.   **Breast cancer risks.**   The connection between hormone therapy usage and breast cancer found in the WHI studies were confirmed by a similar study conducted in the United Kingdom.  The August 9, 2003, issue of *Lancet,* reported on the conclusions reached by *The Million Women Study* — a major research effort funded by Cancer Research UK — confirming that current and recent hormone therapy increases a woman's chance of developing breast cancer and that the risk goes up with duration of use.  Scientists at the Cancer Research UK analyzed data from over one million women between the ages of 50 and 64.  Researchers found that post-menopausal women using combination hormone therapy were twice as likely to develop breast cancer as non-users (a 100 per cent increase).   Using the Million Women Study data, it is estimated that hormone therapy has caused more than 100,000 additional and unnecessary breast cancers in the United States of America alone.

Further, the initial WHI results were supplemented on June 25, 2003, by another article published in JAMA.  This article confirmed that the WHI data found that in addition to stimulating the growth of breast cancer, combination hormone therapy makes breast tumors harder to detect, leading to dangerous delays in diagnosis.  The article reported that breast abnormalities could develop soon after a woman starts

21

taking hormone therapy. Consequently, the study's findings raise questions about the safety of even short-term hormone use. In the same June 25, 2003, issue that reported this study, JAMA also published an editorial by Dr. Peter H. Gann, a cancer epidemiologist at Northwestern University, who stated that this study represents "further compelling evidence against the use of combination estrogen plus progestin hormone therapy."

Manufacturing Defendants never adequately or appropriately warned physicians or users that estrogen therapy could cause or contribute to the risk of breast cancer.

50.   **Ovarian Cancer risks.**   In the same JAMA edition as the publication of the original WHI results, another article appeared related to the risk of long-term use of estrogen-only therapy. This article detailed the National Cancer Institute Study which found that women who took estrogen therapy were more likely to develop ovarian cancer than those not on the hormone. The NCI study is reported at Lacey JV Jr., et al., *Menopausal hormone replacement therapy and risk of ovarian cancer.* (JAMA. 2002 Jul 17; 288(3):334-41.) In the study, NCI researchers followed 44,241 women for 19 years who were taking estrogen therapy only and found that these women had a 60% higher risk of ovarian cancer than women who had never used estrogen therapy. The risk increased proportionately with longer duration of estrogen therapy use. Women who took estrogen therapy for 10 to 19 years had an 80% higher risk than those who did not take the pills. Those on estrogen therapy for 20 years or more were three times as likely to develop ovarian cancer as women who did not take it at all. Most of the NCI participants used Wyeth's brand of estrogen therapy, Premarin. Lead author of the NCI

22

study, Dr. James V. Lacey, summarized the results of his study with the following statement:

> The main finding of our study was that post-menopausal women who used estrogen replacement therapy for 10 or more years were at significantly higher risk of developing ovarian cancer than women who never used hormone replacement therapy.

Dr. Lacey further underscored the implications of his NCI study, by explaining that the findings translate into one or two additional ovarian cancers each year per 10,000 women taking estrogen alone. In 2000, eight million American women took Premarin, the leading estrogen therapy pill. The Lacey study demonstrates that Premarin usage is responsible for up to 1,600 additional ovarian cancer cases in the year 2000 alone.

In October of 2003, the WHI Prempro trial produced a report with findings similar to the NCI study regarding ovarian cancer. In the October 1, 2003, issue of JAMA, WHI researchers reported that combination hormone therapy was associated with increased risk for ovarian cancer and combination hormone therapy caused a 58% increase in ovarian cancer rates.

Manufacturing Defendants never adequately or appropriately warned physicians or users that estrogen therapy could cause or contribute to the development of ovarian cancer.

51. **Auto-Immune Disease risks.** Since 1995, Manufacturing Defendants have known that hormone therapy (including unopposed estrogen therapy) caused a statistically significantly increased risk of auto-immune diseases including Lupus, Scleroderma and Raynaud's Phenomena. Manufacturing Defendants never warned physicians or users of this association or risk.

23

52. **Gallbladder cancer risks.** Since 1997, Manufacturing Defendants knew (or should have known) that hormone therapy causes a statistically significant increased risk of gallbladder cancer in users. Manufacturing Defendants never warned physicians or users of this association or risk.

53. **Arthritis risks.** Manufacturing Defendants were aware (or should have known) that hormone therapy causes a significant increased risk of incident arthritis. Manufacturing Defendants never warned physicians or users of this association or risk.

54. **Asthma risks.** Manufacturing Defendants were aware (or should have known) that hormone therapy caused an increased risk of newly diagnosed asthma. Manufacturing Defendants never warned physicians or users of this association or risk.

55. **General cancer risk.** In addition to the studies published in *JAMA*, *NEJM*, and other medical journals, a recent federal agency report also revealed that estrogen could be dangerous to women taking it as hormone therapy. On December 11, 2002, the National Institute of Environmental Health Sciences released its tenth annual report on carcinogens, which confirmed that estrogen is a "known human carcinogen."

56. **No real benefit.** It is now also clear that hormone therapy provides little real benefit beyond symptom alleviation. For even its approved indications, there were safer alternative medications that provided better results with less risk. Indeed, rather than providing any heart benefit or mental cognition benefit, hormone therapy actually dramatically increases the risk of heart attack and stroke, especially in the first year of use, and reduces a woman's mental functioning. Hormone therapy has now also been associated with hearing loss and osteoarthritis.

57. **Cardiac benefits.** In the August 7, 2003, issue of *NEJM*, the WHI study continued to yield important information regarding the safety of hormone therapy use. The study found that combination hormone therapy does not protect the heart and may even increase the risk of coronary heart disease (CHD). Specifically, the WHI study found that combination hormone therapy usage was associated with a 24% overall increase in the risk of CHD (6 more heart attacks annually per 10,000 women using combination therapy) and a 81% increased risk of CHD in the first year after starting combination therapy.

58. **Osteoporosis benefits.** Manufacturing Defendants were aware (or should have known) that other therapies for osteoporosis, including Fosamax, provided better osteoporosis prevention and treatment benefits with less risk. On May 21, 2003, JAMA published another study studying the efficacy of estrogen plus progestin therapy (e.g., Prempro) for prevention of bone loss in elderly women. The study involved 373 women ages 65 to 90 who had either thinning bones or full-blown osteoporosis and took one of four treatments for three years: (i) combination hormone therapy alone, (ii) a bone-building drug, alendronate (which is sold under the brand name, Fosamax), (iii) combination hormone therapy with Fosamax, or (iv) a placebo. This study found that Fosamax alone was more effective than combination hormone therapy alone in combating osteoporosis. After three years, hipbone density had increased nearly 6 percent in women on hormone therapy with Fosamax, 4 percent in those on Fosamax alone, and 3 percent in the hormones-only group. Yet, Manufacturing Defendants continued to over-promote and exaggerate the hormone drugs' purported benefits.

59. **Increased mental function benefits.** On May 28, 2003, JAMA published another study on the effects of hormone therapy, this time focusing on the risk of Alzheimer's disease and other types of dementia. The study found that combination hormone therapy Prempro doubled the risk of dementia for woman who started hormones at age 65 or older. The Dementia study was based on a four-year trial involving 4,532 women at 39 medical centers, where half of the volunteers took placebo pills and half took Prempro. In four years, there were 40 cases of dementia in the Prempro group and 21 in the placebo group. Translated to an annual rate for the population-at-large, the results mean that for every 10,000 women 65 and older taking hormone therapy, there will be 45 cases of dementia a year with 23 of them attributable to hormone use. Dr. Sally A. Shumaker, the director of the dementia study and a professor of public health sciences at Wake Forest University, stated that study's "clear message is that there's no reason for older women to be taking combination hormone therapy."

60. **Quality of Life benefits.** On March 17, 2003, the New England Journal of Medicine (NEJM) released a follow-up WHI study which reported that hormone therapy failed to improve the quality of life for menopausal women. The Quality of Life study examined the same pool of 16,000 WHI women and found that hormone therapy drugs do not provide the very benefit that encourages women to take the treatment — that is, to make them feel happier and healthier after menopause. A comparison of women who took hormone therapy to women given a placebo showed those women taking hormones did not report sleeping better or feeling better. The hormone therapy group also did not report less depression or more sexual satisfaction than the placebo group.

According to the study's lead author, Dr. Jennifer Hays: "It's just not something that's going to make most women feel better. Even if it reduces your symptoms, that's not going to translate into a meaningful effect on a quality of life."

61. For years, Manufacturing Defendants promoted combination hormone therapy as drugs of prevention as well as being safe and effective. The reality is the exact opposite.

62. In the face of the now published independent studies, it is clear that the warnings and labels provided by Manufacturing Defendants were inadequate, misleading, and inaccurate. Manufacturing Defendants minimized the risks of these drugs to the prescribing physicians and ultimate users while simultaneously exaggerating the purported benefits. Physicians and patients had no ability to conduct a realistic risk versus benefit assessment.

63. Manufacturing Defendants provided inadequate warnings concerning hormone therapy as to breast cancer. Indeed, while the Prempro warning mentioned the risk of breast cancer with conjugated estrogens (the Premarin component of Prempro), it also emphasized that, with regard to the effect of added progestins on the risk of breast cancer: "The overall incidence of breast cancer does not exceed that expected in the general population." The WHI study plainly reveals that this warning is false and was known or should have been known by Wyeth and all other Manufacturing Defendants for decades. Further Sales Representatives or detailers for Defendants specifically represented that there was not a cancer risk or a minimal risk associated with hormone therapy drugs.

27