```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

URQUIZA

                                                                   CIVIL ACTION
                                                                   NO.04-12247-WGY

    V

WYETH, ET AL


ORDER OF RECUSAL

YOUNG, C.J.

     The presiding judge recuses himself on the ground that he is a shareholder in one of the corporate parties to this litigation.

                                      WILLIAM G. YOUNG
                                      UNITED STATES DISTRICT JUDGE

                                      By the Court,

                                      /s/ Elizabeth Smith
                                    _____
                                            Deputy Clerk