IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BARBARA URQUIZA | ) Civil Action No. 04-12247 DPW |
| Plaintiff, | ) |
| v. | ) |
| WYETH and its division WYETH PHARMACEUTICALS, INC. PHARMACIA and UPJOHN COMPANY, PHARMACIA CORPORATION, PFIZER, INC., GREENSTONE, LTD., BARR PHARMACEUTICALS, INC., BARR LABORATORIES, DURAMED PHARMACEUTICALS, INC. BRISTOL-MYERS SQUIBB COMPANY And NOVARTIS PHARMACEUTICALS CORPORATION | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE FOR DEFENDANT NOVARTIS PHARMACEUTICALS CORPORATION

Mary Morrissey Sullivan and Colleen M. Hennessey, hereby give notice of their appearance on behalf of the Defendant, Novartis Pharmaceuticals Corporation in the within matter.

Counsel for the Defendant,

NOVARTIS PHARMACEUTICALS
CORPORATION

Mary Morrissey Sullivan (BBO #487100)
Colleen M. Hennessey (BBO #559235)
Peabody & Arnold, LLP
30 Rowes Wharf
Boston, MA 02110
Tel.: (617) 951-2100

PABOS2:CHENNES:601795_1
14704-90979

C.A. No.04-12247 DPW