# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BARBARA URQUIZA,<br><br>               Plaintiff,<br><br>vs.<br><br>WYETH and its division WYETH PHARMACEUTICALS, INC., PHARMACIA and UPJOHN COMPANY, PHARMACIA CORPORATION, PFIZER, INC., GREENSTONE, LTD., BARR PHARMACEUTICALS, INC., BARR LABORATORIES, DURAMED PHARMACEUTICALS, INC., BRISTOL-MYERS SQUIBB COMPANY and NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>               Defendants. | Case No.: 04-CV-12247-DPW<br><br>LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT NOVARTIS PHARMACEUTICALS CORPORATION |

## LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT NOVARTIS PHARMACEUTICALS CORPORATION

Pursuant to Local Rule. 7.3, defendant Novartis Pharmaceuticals Corporation ("NPC") states that it is wholly owned, indirectly, by Novartis AG, a publicly traded corporation. The parent companies of NPC are: Novartis Finance Corporation, a New York Corporation; Novartis Corporation, a New York Corporation; Novartis Holding AG, a Swiss Company; and Novartis AG, a Swiss Company.

Respectfully submitted,
Novartis Pharmaceuticals Corporation,
By its attorneys,

*Colleen M. Hennessey*

Mary Morrissey Sullivan, BBO# 487100
Colleen M. Hennessey, BBO# 559235
Peabody & Arnold, LLP
30 Rowes Wharf
Boston, Massachusetts 02110
Telephone: 617.951.2100

OF COUNSEL:

**FAEGRE & BENSON LLP**

James A. O'Neal, #8248X
Linda S. Svitak, #178500
John P. Borger, #9878
Amy R. Freestone, #285493
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
Telephone: 612.766.7000

Dated: December 22, 2004

Civil Action No. 04-CV-12247-DPW

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent to counsel of record by first-class mail, postage pre-paid, on this 22nd day of December 2004.

*[signature]*

Civil Action No. 04-CV-12247-DPW

604280