## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BARBARA URQUIZA,<br><br>               Plaintiff,<br><br>vs.<br><br>WYETH and its division WYETH PHARMACEUTICALS, INC., PHARMACIA and UPJOHN COMPANY, PHARMACIA CORPORATION, PFIZER, INC., GREENSTONE, LTD., BARR PHARMACEUTICALS, INC., BARR LABORATORIES, DURAMED PHARMACEUTICALS, INC., BRISTOL-MYERS SQUIBB COMPANY and NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>               Defendants. | **Case No.: 04-CV-12247-DPW**<br><br><br>NOVARTIS PHARMACEUTICALS CORPORATION'S ANSWER TO PLAINTIFF'S COMPLAINT |

## NOVARTIS PHARMACEUTICALS CORPORATION'S ANSWER

Defendant Novartis Pharmaceuticals Corporation ("Novartis") denies the allegations set forth in Plaintiff's Complaint ("Complaint") unless specifically admitted or otherwise qualified in this Answer and further answers as follows:

### I.    PARTIES & SERVICE OF PROCESS

Novartis denies that it was served with process in the original complaint of Burridge, et al. v. Wyeth, et al., but states that it received a notice of lawsuit and request for waiver of service of process in this matter on November 22, 2004. Novartis is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations under the heading "Parties and Service of Process."

## II.    JURISDICTION

Novartis states, based on available information and belief, that if the plaintiff is a resident of the State of Massachusetts and received hormone therapy treatments in the State of Massachusetts, then jurisdiction may be proper in Massachusetts. Novartis further states, however, that the courts of Massachusetts would lack both specific and general jurisdiction over the person of Novartis, with respect to claims asserted by the plaintiff if she did not suffer injuries in the State of Massachusetts as a result of using a Novartis product or did not suffer injuries as a result of using Novartis products in the State of Massachusetts.

## III.    FACTUAL BACKGROUND

1.    Novartis states that, from 1997 to the present, Novartis manufactured and sold Estraderm® in interstate commerce for use in accordance with its FDA-approved prescribing information and subject to the precautions and contraindications stated therein. Novartis denies that it manufactures Vivelle® and CombiPatch®, and alleges that both Vivelle® and CombiPatch® are manufactured and sold through a joint venture between Novartis and Noven Pharmaceuticals. Novartis alleges that Vivelle® and CombiPatch® are sold in interstate commerce for use in accordance with their FDA-approved prescribing information and subject to the precautions and contraindications stated therein. Novartis is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 1, directed to other defendants and the allegations are therefore denied. Novartis denies manufacturing or marketing a generic estrogen product or a generic MPA product. Novartis denies the remaining allegations in paragraph 1 of the Complaint to the extent that they might be construed to relate to Novartis.

2.    Novartis denies manufacturing or marketing a generic MPA or a generic estrogen product. Novartis is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 2 directed to other defendants and the allegations are therefore denied. Novartis denies the remaining allegations in paragraph 2 of the Complaint to the extent that they might be construed to relate to Novartis.

3.    Novartis is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 3, and the allegations are therefore denied.

4.    Novartis denies plaintiff's attempts in paragraph 4 of the Complaint to characterize menopause and its associated symptoms. Novartis states that it manufactures hormone therapy products that may be used to treat symptoms related to menopause.

5.    Novartis is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 5 as they relate to other defendants, and the allegations are therefore denied.

6.    Novartis is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 6 as they relate to other defendants, and the allegations are therefore denied.

7.    Novartis is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 7 as they relate to other defendants, and the allegations are therefore denied.

8.    Novartis is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 8 as they relate to other defendants, and the allegations are therefore denied.

9.    Novartis is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 9 as they relate to other defendants, and the allegations are therefore denied.

10.    Novartis is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 10 as they relate to other defendants, and the allegations are therefore denied.

11.    Novartis states that the 1962 article published by Dr. Robert Wilson in the *Journal of the American Medical Association* (JAMA) speaks for itself, and therefore any attempt to characterize it is denied. Novartis is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 11 as they relate to other defendants, and the allegations are therefore denied.

12.    Novartis states that *Feminine Forever* by Dr. Wilson speaks for itself and therefore any attempt to characterize it is denied. Novartis is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 12 as they relate to other defendants, and the allegations are therefore denied.

13.    Novartis states that *Feminine Forever* speaks for itself and therefore any attempt to characterize it is denied. Novartis is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 13 as they relate to other defendants, and the allegations are therefore denied.

14.    Novartis is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 14 as they relate to other defendants, and the allegations are therefore denied.

15.     Novartis states that any advertisements to which the plaintiff might refer speak for themselves, and therefore any attempt to characterize them is denied.  Novartis is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 15 as they relate to other defendants, and the allegations are therefore denied.

16.     Novartis states that any advertisements to which the plaintiff might refer speak for themselves, and therefore any attempt to characterize them is denied.  Novartis is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 16 as they relate to other defendants, and the allegations are therefore denied.

17.     Novartis states that the statement made by the Food & Drug Administration speaks for itself, and therefore any attempt to characterize it is denied.  Novartis is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 17 directed to other defendants and the allegations are therefore denied.  Novartis denies the remaining allegations in paragraph 17 of the Complaint to the extent that they might be construed to relate to Novartis.

18.     Novartis is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 18 as they relate to other defendants, and the allegations are therefore denied.

19.     Novartis states that any articles appearing in the New England *Journal of Medicine* (NEJM) to which the plaintiff might refer speak for themselves and any attempt to characterize said articles is denied.  Novartis is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 19 as they relate to other defendants, and the allegations are therefore denied.

20.    Novartis states that Dr. Robert Greenblatt's article published in the *Journal of Geriatrics Society* to which the plaintiff might refer speaks for itself, and therefore any attempt to characterize it is denied.  Novartis is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 20 as they relate to other defendants, and the allegations are therefore denied.  Novartis denies the remaining allegations in paragraph 20 of the Complaint to the extent that they might be construed to relate to Novartis.

21.    Novartis is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 21 as they relate to other defendants, and the allegations are therefore denied.

22.    Novartis states that any advertisements to which the plaintiff might refer speak for themselves, and therefore any attempt to characterize any such advertisements is denied.  Novartis is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 22 as they relate to other defendants, and the allegations are therefore denied.  Novartis denies manufacturing a generic MPA.

23.    Novartis denies manufacturing either generic estrogen products or generic MPA products for use in combination hormone therapy.  Answering further, Novartis denies plaintiff's attempts to characterize its knowledge.  Novartis is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 23 directed to other defendants, and the allegations are therefore denied.  Novartis denies the remaining allegations in paragraph 23 to the extent that they might be construed to relate to Novartis.

24.     Novartis is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 24 as they relate to other defendants, and the allegations are therefore denied.

25.     Novartis is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 25 as they relate to other defendants, and the allegations are therefore denied.

26.     Novartis is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 26 directed to other defendants, and the allegations are therefore denied. Novartis denies the remaining allegations in paragraph 26 to the extent that they might be construed to relate to Novartis, including any attempt by the plaintiff to characterize any unspecified representation allegedly made by Novartis.

27.     Novartis denies that it fraudulently recommended that physicians prescribe its hormone therapy products. Novartis is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 27 directed to other defendants, and the allegations are therefore denied. Novartis denies the remaining allegations in paragraph 27 to the extent that they might be construed to relate to Novartis.

28.     Novartis states that the Nurse's Health Study speaks for itself and any attempt to characterize it is denied. Novartis is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 28 as they relate to other defendants, and the allegations are therefore denied.

29.     Novartis is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 29 directed to other defendants, and the allegations

7

are therefore denied.  Novartis denies the remaining allegations in paragraph 29 to the extent that they might be construed to relate to Novartis.

30.    Novartis states that the videotape, "*What every woman should know about Estrogen,*" speaks for itself and any attempt to characterize it is denied.  Novartis is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 30 directed to other defendants, and the allegations are therefore denied.  Novartis denies the remaining allegations in paragraph 30 to the extent that they might be construed to relate to Novartis.

31.    Novartis is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 31 as they relate to other defendants, and the allegations are therefore denied.

32.    Novartis states that the Heart and Estrogen/Progestin Replacement Study speaks for itself and any attempt to characterize it is denied.  Novartis is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 32 as they relate to other defendants, and the allegations are therefore denied.

33.    Novartis states that any writings to which the plaintiff might refer speak for themselves, and therefore any attempt to characterize any such writings is denied.  Novartis is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 33 as they relate to other defendants, and the allegations are therefore denied.

34.    Novartis states that the advertisements to which the plaintiff might refer speak for themselves, and therefore any attempt to characterize any such writings is denied.  Novartis is without knowledge or information sufficient to form a belief as to the truth of the

allegations in paragraph 34 as they relate to other defendants, and the allegations are therefore denied.

35.    Novartis states that the JAMA article to which the plaintiff refers speaks for itself and any attempt to characterize it is denied.  Novartis is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 35 as they relate to other defendants, and the allegations are therefore denied.

36.    Novartis is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 36 as they relate to other defendants, and the allegations are therefore denied.

37.    Novartis states that the Women's Health Initiative (WHI) Study speaks for itself and any attempt to characterize it is denied.  Novartis is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 37 as they relate to other defendants, and the allegations are therefore denied.

38.    Novartis states that any writings to which the plaintiff might refer speak for themselves, and therefore any attempt to characterize them is denied.  Novartis is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 38 as they relate to other defendants and the allegations are therefore denied.

39.    Novartis states that any writings to which the plaintiff might refer speak for themselves, and therefore any attempt to characterize them is denied.  Novartis further states that the WHI Study and its subsequent findings speak for themselves and any attempt to characterize them is denied.  Novartis is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 39 as they relate to other defendants and the allegations are therefore denied.  Novartis denies the remaining allegations in

9

paragraph 39 of the Complaint to the extent that they might be construed to relate to Novartis.

40.    Novartis states that any writings to which the plaintiff might refer speak for themselves, and therefore any attempt to characterize them is denied. Novartis further states that the WHI Study and its subsequent findings speak for themselves and any attempt to characterize them is denied. Answering further, Novartis denies plaintiff's characterizations of its actions and statements. Novartis is without knowledge or information sufficient to form a belief to the allegations in paragraph 40 directed to other defendants and the allegations are therefore denied. Novartis denies the remaining allegations in paragraph 40 to the extent that they might be construed to relate to Novartis.

41.    Novartis states that the WHI Study and its subsequent findings speak for themselves and any attempt in paragraph 41 of the Complaint to characterize them is denied.

42.    Novartis states that the WHI Study and its subsequent findings speak for themselves and any attempt in paragraph 42 of the Complaint to characterize them is denied. Novartis states that any unidentified writings to which the plaintiff might refer speak for themselves, and therefore any attempt to characterize them is denied. Novartis states that the data reviewed by the Data and Safety Management Board (DSMB) speaks for itself, and any attempt to characterize it is also denied.

43.    Novartis states that any unidentified writings to which the plaintiff might refer speak for themselves, and therefore any attempt in paragraph 43 of the Complaint to characterize them is denied. Novartis states further that the data reviewed by the DSMB speaks for itself, and therefore any attempt to characterize it is denied.

44.    Novartis states that the WHI Study and its subsequent findings speak for themselves and any attempt in paragraph 44 of the Complaint to characterize them is denied.

45.    Novartis states that any conclusions made by Dr. Claude Lenfant to which the plaintiff might refer speak for themselves, and therefore any attempt to characterize them in paragraph 45 of the Complaint is denied.

46.    Novartis states that any writings by Dr. Jacques Roussow to which the plaintiff might refer speak for themselves, and any attempt to characterize them in paragraph 46 of the Complaint is denied.

47.    Novartis denies the allegations of paragraph 47 of the Complaint insofar as they assume or assert adverse effects of Novartis' hormone therapy products.   Novartis further states that all of its hormone therapy products were marketed for use in accordance with their FDA-approved prescribing information and subject to all warnings, precautions, and contraindications stated therein.    Answering further, Novartis denies that it ever marketed or manufactured generic estrogens or generic MPAs.    Novartis is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 47 directed to other defendants and the allegations are therefore denied.   Novartis denies the remaining allegations in paragraph 47 of the Complaint to the extent that they might be construed to relate to Novartis.

48.    Novartis denies the allegations of paragraph 48 of the Complaint insofar as they assume or assert adverse effects of Novartis' hormone therapy products.    Novartis further states that the FDA-approved labeling for its hormone therapy products speaks for itself. Novartis is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 48 directed to other defendants and the allegations are

11

therefore denied. Novartis denies the remaining allegations in paragraph 48 of the Complaint to the extent that they might be construed to relate to Novartis.

49.    Novartis states that any writings and/or studies speak for themselves and any attempt to characterize them is denied. Novartis further states that the FDA-approved labeling for its hormone therapy products speaks for itself. Answering further, Novartis denies the allegations of paragraph 49 of the Complaint insofar as they assume or assert adverse effects of Novartis' hormone therapy products. Novartis is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 49 directed to other defendants and the allegations are therefore denied. Novartis denies the remaining allegations in paragraph 49 of the Complaint to the extent that they might be construed to relate to Novartis.

50.    Novartis states that the writings and/or studies speak for themselves and any attempt to characterize them is denied. Novartis further states that the FDA-approved labeling for its hormone therapy products speaks for itself. Answering further, Novartis denies the allegations of paragraph 50 of the Complaint insofar as they assume or assert adverse effects of Novartis' hormone therapy products. Novartis is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 50 directed to other defendants and the allegations are therefore denied. Novartis denies the remaining allegations in paragraph 50 of the Complaint to the extent that they might be construed to relate to Novartis.

51.    Novartis denies the allegations of paragraph 51 of the Complaint insofar as they assume or assert adverse effects of Novartis' hormone therapy products. Novartis further states that its products are marketed for use in accordance with their FDA-approved

prescribing information and subject to all warnings, precautions, and contraindications stated therein. Novartis is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 51 directed to other defendants and the allegations are therefore denied. Novartis denies the remaining allegations in paragraph 51 of the Complaint to the extent that they might be construed to relate to Novartis.

52.    Novartis denies the allegations of paragraph 52 of the Complaint insofar as they assume or assert adverse effects of Novartis hormone therapy products. Novartis is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 52 directed to other defendants and the allegations are therefore denied. Novartis denies the remaining allegations in paragraph 52 of the Complaint to the extent that they might be construed to relate to Novartis.

53.    Novartis denies the allegations of paragraph 53 of the Complaint insofar as they assume or assert adverse effects of Novartis' hormone therapy products. Novartis further states that Novartis' hormone therapy products were marketed for use in accordance with their FDA-approved prescribing information and subject to all warnings, precautions, and contraindications stated therein. Novartis is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 53 directed to other defendants and the allegations are therefore denied. Novartis denies the remaining allegations in paragraph 53 of the Complaint to the extent that they might be construed to relate to Novartis.

54.    Novartis denies the allegations of paragraph 54 of the Complaint insofar as they assume or assert adverse effects of Novartis' hormone therapy products. Novartis is without knowledge or information sufficient to form a belief as to the truth of the allegations

in paragraph 54 directed to other defendants and the allegations are therefore denied. Novartis denies the remaining allegations in paragraph 54 of the Complaint to the extent that they might be construed to relate to Novartis.

55.     Novartis states that any writings speak for themselves and any attempt to characterize them is denied.  Novartis further states that the FDA-approved labeling for Novartis' hormone therapy products speaks for itself.  Answering further, Novartis denies the allegations of paragraph 55 of the Complaint insofar as they assume or assert adverse effects of Novartis hormone therapy products.

56.     Novartis denies the allegations in paragraph 56 of the Complaint.

57.     Novartis states that any writings and/or studies speak for themselves and any attempt to characterize them in paragraph 57 of the Complaint is denied.

58.     Novartis states that any writings and/or studies speak for themselves and any attempt to characterize them is denied.  Answering further, Novartis denies the allegations of paragraph 58 of the Complaint insofar as they assume or assert adverse effects of Novartis' hormone therapy products.  Novartis is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 58 directed to other defendants. Novartis denies the remaining allegations in paragraph 58 of the Complaint to the extent that they might be construed to relate to Novartis.

59.     Novartis states that any writings and/or studies speak for themselves and any attempt to characterize them is denied.  Answering further, Novartis denies the allegations of paragraph 59 of the Complaint insofar as they assume or assert adverse effects of Novartis' hormone therapy products.

60.    Novartis states that any writings and/or studies speak for themselves and any attempt to characterize them in paragraph 60 of the Complaint is denied.

61.    Novartis is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 61 directed to other defendants and the allegations are therefore denied.  Novartis denies the remaining allegations in paragraph 61 of the Complaint to the extent that they might be construed to relate to Novartis.

62.    Novartis states that any writings and/or studies to which the plaintiff might refer speak for themselves, and therefore any attempt to characterize them is denied. Novartis further states that its hormone therapy products were marketed for use in accordance with their FDA-approved prescribing information and subject to all warnings, precautions, and contraindications stated therein.   Novartis is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 62 directed to other defendants and the allegations are therefore denied.  Novartis denies the remaining allegations in paragraph 62 of the Complaint to the extent that they might be construed to relate to Novartis.

63.    Novartis states that WHI Study and its subsequent findings speak for themselves, and any attempt to characterize them is denied.  Novartis states that its product labeling and warnings also speak for themselves and any attempt to characterize them is denied. Novartis further states that its hormone therapy products were marketed for use in accordance with their FDA-approved prescribing information and subject to all warnings, precautions, and contraindications stated therein. Answering further, Novartis does not have knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 63 directed to other defendants and the allegations are therefore denied.  Novartis

15

denies the remaining allegations in paragraph 63 of the Complaint to the extent that they might be construed to relate to Novartis.

64.    Novartis states that its product labeling and warnings speak for themselves and any attempt to characterize them is denied.    Novartis does not have knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 64 directed to other defendants and the allegations are therefore denied.    Novartis denies the remaining allegations in paragraph 64 of the Complaint to the extent that they might be construed to relate to Novartis.

65.    Novartis states that its product labeling and warnings speak for themselves and any attempt to characterize them is denied.    Novartis does not have knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 65 directed to other defendants and the allegations are therefore denied.    Novartis denies the remaining allegations in paragraph 65 of the Complaint to the extent that they might be construed to relate to Novartis.

66.    Novartis states that any writings or statements to which the plaintiff might refer speak for themselves and any attempt to characterize them is denied.  Novartis does not have knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 66 directed to other defendants and the allegations are therefore denied.  Novartis denies the remaining allegations in paragraph 66 of the Complaint to the extent that they might be construed to relate to Novartis.

67.    Novartis denies plaintiff's attempts to characterize its actions and statements. Novartis does not have knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 67 directed to other defendants and the allegations are therefore

denied. Novartis denies the remaining allegations in paragraph 67 of the Complaint to the extent that they might be construed to relate to Novartis.

68.     Novartis denies plaintiff's attempts to characterize its actions and statements. Novartis denies the allegations of paragraph 68 of the Complaint insofar as they assume or assert adverse effects of Novartis' hormone therapy products.  Novartis states that its hormone therapy products were marketed for use in accordance with their FDA-approved prescribing information and subject to all warnings, precautions, and contraindications stated therein. Novartis is without sufficient information or knowledge to form a belief as to the truth of the allegations in paragraph 68 directed to other defendants and the allegations are therefore denied. Novartis denies the remaining allegations in paragraph 68 of the Complaint to the extent that they might be construed to relate to Novartis.

69.     Novartis denies the allegations of paragraph 69 of the Complaint insofar as they assume or assert adverse effects of Novartis' hormone therapy products.  Novartis denies manufacturing a generic MPA product.  Novartis states that its hormone therapy products were marketed for use in accordance with their FDA-approved prescribing information and subject to all warnings, precautions, and contraindications stated therein. Novartis is without sufficient information or knowledge to form a belief as to the truth of the allegations in paragraph 69 directed to other defendants and the allegations are therefore denied. Novartis denies the remaining allegations in paragraph 69 of the Complaint to the extent that they might be construed to relate to Novartis.

70.     Novartis denies manufacturing or marketing a generic or brand-name MPA product. Novartis does not have knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 70 directed to other defendants and the allegations are

therefore denied. Novartis denies the remaining allegations in paragraph 70 of the Complaint to the extent that they might be construed to relate to Novartis.

71.    Novartis does not have knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 71 directed to other defendants and the allegations are therefore denied. Novartis denies the remaining allegations in paragraph 71 of the Complaint to the extent that they might be construed to relate to Novartis.

72.    Novartis is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 72 directed to other defendants and the allegations are therefore denied. Novartis denies the remaining allegations in paragraph 72 of the Complaint to the extent that they might be construed to relate to Novartis.

## IV.    CAUSES OF ACTION

## COUNT I.    NEGLIGENCE

73.    Novartis incorporates by reference all other paragraphs of this Answer as if fully set forth herein.

74.    Novartis states that its duties are set by law and any attempt to characterize such duties is denied. Novartis is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 74 directed to other defendants and the allegations are therefore denied. Novartis denies the remaining allegations in paragraph 74 of the Complaint to the extent that they might be construed to relate to Novartis.

75.    Novartis states that its duties are set by law and any attempt to characterize such duties is denied. Novartis is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 75 directed to other defendants and the

allegations are therefore denied. Novartis denies the remaining allegations in paragraph 75 of the Complaint to the extent that they might be construed to relate to Novartis.

76.    Novartis denies breaching any duties as set by law and denies plaintiff's characterizations of such duties. Novartis is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 76 directed to other defendants and the allegations are therefore denied. Novartis denies the remaining allegations in paragraph 76 of the Complaint to the extent that they might be construed to relate to Novartis.

77.    Novartis states that it knew the indications for its hormone therapy products and it complied with applicable laws in providing instructions and warnings regarding its hormone therapy products. Novartis further states that all of its hormone therapy products were marketed for use in accordance with their FDA-approved prescribing information and subject to all warnings, precautions, and contraindications stated therein. Novartis is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 77 directed to other defendants and the allegations are therefore denied. Novartis denies the remaining allegations in paragraph 77 of the Complaint to the extent that they might be construed to relate to Novartis.

78.    Novartis states that the product labeling for its hormone therapy products speaks for itself and any attempt to characterize it is denied. Novartis is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 78 directed to other defendants and the allegations are therefore denied. Novartis denies the remaining allegations in paragraph 78 of the Complaint to the extent that they might be construed to relate to Novartis.

79.    Novartis is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 79 directed to other defendants and the allegations are therefore denied.  Novartis denies the remaining allegations in paragraph 79, and its subparts (a) through (o), of the Complaint to the extent that they might be construed to relate to Novartis.

80.    Novartis denies the allegations of paragraph 80 of the Complaint insofar as they assume or assert adverse effects of Novartis' hormone therapy products.  Novartis is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 80 directed to other defendants and the allegations are therefore denied. Novartis denies the remaining allegations in paragraph 80 of the Complaint to the extent that they might be construed to relate to Novartis.

81.    Novartis denies the allegations of paragraph 81 of the Complaint insofar as they assume or assert adverse effects of Novartis' hormone therapy products.  Novartis is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 81 directed to other defendants and the allegations are therefore denied. Novartis denies the remaining allegations in paragraph 81 of the Complaint to the extent that they might be construed to relate to Novartis.

82.    Novartis states that it did not make misrepresentations or false statements regarding its hormone therapy products.  Novartis is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 82 directed to other defendants and the allegations are therefore denied.  Novartis denies the remaining allegations in paragraph 82 of the Complaint to the extent that they might be construed to relate to Novartis.

83.    Novartis denies plaintiff's characterizations of its actions and statements. Novartis denies that any of the plaintiff's alleged injuries or damages are the result of Novartis' conduct. Novartis denies that the defendants are liable to the plaintiff jointly and severally. Novartis is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 83 directed to other defendants and the allegations are therefore denied. Novartis denies the remaining allegations in paragraph 83 of the Complaint to the extent that they might be construed to relate to Novartis.

84.    Novartis is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 84 directed to other defendants. Novartis denies the remaining allegations in paragraph 84 of the Complaint to the extent that they might be construed to relate to Novartis.

## COUNT II.   STRICT PRODUCTS LIABILITY
### (Defective Product)

85.    Novartis incorporates by reference all other paragraphs of this Answer as if fully set forth herein.

86.    The allegations in paragraph 86 of the Complaint state a legal conclusion to which no response is required, and therefore the allegations are denied. Novartis further states that it manufactured and sold hormone therapy products in interstate commerce in accordance with their FDA-approved prescribing information and subject to the warnings, precautions, and contraindications stated therein. Novartis is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 86 directed to other defendants and the allegations are therefore denied. Novartis denies the

remaining allegations in paragraph 86 of the Complaint to the extent that they might be construed to relate to Novartis.

87.    Novartis is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 87 of the Complaint and the allegations are therefore denied.

88.    Novartis is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 88 of the Complaint and the allegations are therefore denied.

89.    Novartis denies the allegations of paragraph 89 of the Complaint insofar as they assume or assert adverse effects of Novartis' hormone therapy products.  Novartis is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 89 directed to other defendants and the allegations are therefore denied. Novartis denies the remaining allegations in paragraph 89 of the Complaint to the extent that they might be construed to relate to Novartis.

90.    Novartis denies plaintiff's characterizations of its alleged statements and actions.   Novartis alleges that it manufactured and sold hormone therapy products in interstate commerce in accordance with their FDA-approved prescribing information and subject to the warnings, precautions, and contraindications stated therein.   Novartis is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 90 directed to other defendants and the allegations are therefore denied. Novartis denies the remaining allegations in paragraph 90, and its subparts (a) through (f), of the Complaint to the extent that they might be construed to relate to Novartis.

91.    Novartis states that the allegations in paragraph 91 of the Complaint state a legal conclusion to which no response is required and therefore the allegations are denied.

92.    Novartis denies that its actions caused plaintiff's alleged injuries. Novartis is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 92 directed to other defendants and the allegations are therefore denied. Novartis denies the remaining allegations in paragraph 92 of the Complaint to the extent that they might be construed to relate to Novartis.

93.    Novartis denies plaintiff's characterizations of its statements and actions. Novartis denies that the plaintiff is entitled to punitive damages. Novartis is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 93 directed to other defendants and the allegations are therefore denied. Novartis denies the remaining allegations in paragraph 93 of the Complaint to the extent that they might be construed to relate to Novartis.

## COUNT III. STRICT PRODUCTS LIABILITY
### (Defective Marketing and Inadequate Warnings)

94.    Novartis incorporates by reference all other paragraphs of this Answer as if fully set forth herein.

95.    Novartis states that it manufactured and sold hormone therapy products in interstate commerce in accordance with their FDA-approved prescribing information and subject to the warnings, precautions, and contraindications stated therein. Novartis is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 95 directed to other defendants and the allegations are therefore denied.