# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### OFFICE OF THE CLERK
600 WEST CAPITOL AVENUE
SUITE 402
LITTLE ROCK, ARKANSAS  72201-3325

**JAMES W. McCORMACK**
**CLERK**

(501) 604-5351

FILED
IN CLERKS OFFICE
2005 JAN 21  P 12: 53
U.S. DISTRICT COURT
DISTRICT OF MASS

January 13, 2005

Tony Anastas
U. S. District Court Clerk
District of Massachusetts
One Courthouse Way, Suite 2300
Boston, Massachusetts 02210-3002

      Re:    MDL No. 1507 - In re Prempro Products Liability Litigation
             E.D. AR Master Case Number 4:03CV01507 WRW
             Barbara Urquiza v. Wyeth, et al - Your Case No. 1:04-12247

Dear Mr. Anastas:

      A conditional transfer order of the Judicial Panel on Multidistrict Litigation under 28 U.S.C. § 1407 was received and filed in this district on January 11, 2005.  Enclosed is a certified copy of that order directing the transfer of your civil case to the Eastern District of Arkansas.  It is assigned to the docket of Hon. William R. Wilson, Jr., for coordinated or consolidated pretrial proceedings.  Please reference the case number assigned to this court in all correspondence or communications.

      The original pleadings (e.g., original complaint, counterclaim, cross-complaint or third-party complaint, and answer or responsive pleading) and certified copy of the docket entries in the case listed above should be forwarded immediately to: Clerk, U.S. District Court, Richard Sheppard Arnold United States Courthouse, 600 West Capitol Avenue, Room 402, Little Rock, Arkansas 72201-3325.  (See *Guide to Judiciary Policies and Procedures,* Volume 4, Chapter 7 § 7.07.)  Communications regarding these actions should be directed to Ms. Mary Johnson at (501) 604-5144 or Dennis J. Wysocki at (501) 604-5305.  If you have any questions, please do not hesitate to call.

      Sincerely,

      JAMES W. McCORMACK, CLERK

JWMc/rm
Enclosure
cc:    Hon. William R. Wilson, Jr.