**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**OFFICE OF THE CLERK**
**600 WEST CAPITOL AVENUE**
**SUITE 402**
**LITTLE ROCK, ARKANSAS 72201-3325**

**JAMES W. McCORMACK**
**CLERK**

(501)604-5351
FAX(501)604-5325

April 5, 2005

Sarah Allison Thornton
U. S. District Court Clerk
District of Massachusetts
One Courthouse Way, Suite 2300
Boston, Massachusetts 02210-3002

> Re:   MDL No. 1507 - In re Prempro Products Liability Litigation
>        E.D. AR Master Case Number 4:03CV01507 WRW
>        Barbara Urquiza v. Wyeth, et al - Your Case No. 1:04-12247- DPW

Dear Ms. Thornton:

I am hoping that you will look into a matter concerning a civil case file that should have been transferred to our district. On January 13, 2005, we notified your office of the conditional transfer order of the Judicial Panel on Multidistrict Litigation directing the transfer of the above-referenced civil case to the Eastern District of Arkansas. This case was made part of the Prempro Products Liability Litigation (MDL-1507) that was assigned to the Honorable William R. Wilson, Jr. We are concerned that your office may not have received our letter of January 13, 2005, since we have not received the original record or a certified copy of the docket entries in this case from your office.

Enclosed are certified copies of the conditional transfer order of February 1, 2005. Please send the original pleadings and certified copies of the docket entries in this case: Clerk, U.S. District Court, Richard Sheppard Arnold United States Courthouse, 600 West Capitol Avenue, Room 402, Little Rock, Arkansas 72201-3325. Due to the high volume of cases involved in this litigation, please provide paper copies of the above documents instead of simply referring to your website.

Please call me if you have any questions concerning this matter.

Sincerely,

DENNIS J. WYSOCKI
CHIEF DEPUTY OF OPERATIONS

DJW/rm
Enclosures

# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### OFFICE OF THE CLERK
#### 600 WEST CAPITOL AVENUE
#### SUITE 402
#### LITTLE ROCK, ARKANSAS 72201-3325

**JAMES W. McCORMACK**
**CLERK**
(501)604-5351

January 13, 2005

Tony Anastas
U. S. District Court Clerk
District of Massachusetts
One Courthouse Way, Suite 2300
Boston, Massachusetts 02210-3002

Re: MDL No. 1507 - In re Prempro Products Liability Litigation
E.D. AR Master Case Number 4:03CV01507 WRW
Barbara Urquiza v. Wyeth, et al - Your Case No. 1:04-12247

Dear Mr. Anastas:

A conditional transfer order of the Judicial Panel on Multidistrict Litigation under 28 U.S.C. § 1407 was received and filed in this district on January 11, 2005. Enclosed is a certified copy of that order directing the transfer of your civil case to the Eastern District of Arkansas. It is assigned to the docket of Hon. William R. Wilson, Jr., for coordinated or consolidated pretrial proceedings. Please reference the case number assigned to this court in all correspondence or communications.

The original pleadings (e.g., original complaint, counterclaim, cross-complaint or third-party complaint, and answer or responsive pleading) and certified copy of the docket entries in the case listed above should be forwarded immediately to: Clerk, U.S. District Court, Richard Sheppard Arnold United States Courthouse, 600 West Capitol Avenue, Room 402, Little Rock, Arkansas 72201-3325. (See *Guide to Judiciary Policies and Procedures*, Volume 4, Chapter 7 § 7.07.) Communications regarding these actions should be directed to Ms. Mary Johnson at (501) 604-5144 or Dennis J. Wysocki at (501) 604-5305. If you have any questions, please do not hesitate to call.

Sincerely,

*James W. McCormack*
JAMES W. McCORMACK, CLERK

JWMc/rm
Enclosure
cc: Hon. William R. Wilson, Jr.

A CERTIFIED TRUE COPY

JAN -4 2005

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 17 2004

FILED
CLERK'S OFFICE

DOCKET NO. 1507

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

(SEE ATTACHED SCHEDULE)

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 11 2005

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

CONDITIONAL TRANSFER ORDER (CTO-38)

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 1,633 additional actions have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, 254 F.Supp.2d 1366 (J.P.M.L. 2003), and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

JAN -4 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY I CERTIFY
JAMES W. McCORMACK, CLERK

By _____ D.C.

477

## SCHEDULE CTO-38 - TAG ALONG ACTIONS
## DOCKET NO. 1507
## IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

DISTRICT  DIV. C.A.#

**ARKANSAS WESTERN**
ARW    6   04-6147         Mollie Collins v. Wyeth

**FLORIDA MIDDLE**
FLM    6   04-1664         Minerva Jimenez v. Wyeth, Inc., et al.

**IDAHO**
ID     1   04-542          Carol Urban v. Wyeth, et al.

**MASSACHUSETTS**
MA     1   04-12247        Barbara Urquiza v. Wyeth, et al.

**MINNESOTA**
MN     0   04-4726         Karen Williams v. Wyeth, et al.
MN     0   04-4807         Judy Porter v. Wyeth, et al.
MN     0   04-4837         Flora Grubich, et al. v. Wyeth, et al.
MN     0   04-4908         Sharon Bowers, et al. v. Wyeth, Inc., et al.
MN     0   04-4909         Beverly McKnight, et al. v. Wyeth, Inc., et al.

**MISSISSIPPI SOUTHERN**
MSS    5   04-303          Joyce Sewell Hargrave, etc. v. Wyeth, Inc., et al.

**OKLAHOMA EASTERN**
OKE    6   04-487          Aneita Israel v. Wyeth, et al.

**OREGON**
OR     3   04-1540         Emmy Carlson v. Wyeth, Inc., et al.
OR     3   04-1550         Margaret Knox v. Wyeth, et al.
OR     6   04-1589         Mary J. Clouser v. Wyeth, et al.

**UTAH**
UT     2   04-1027         Alberta Penny Fullmer v. Wyeth, et al.