


OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE
1 COURTHOUSE WAY - SUITE 2300
BOSTON, MASSACHUSETTS 02210
TELEPHONE: 617-748-9152

TO: Clerk U.S. District Court E. Dist. of Arkansas
U.S. District Court
Richard Sheppard Arnold U.S. Courthouse
600 West Capitol Ave.
Rm 402
Little Rock, AR 72201

RE:
CIVIL ACTION #: 04-12247-DPW
CRIMINAL #: _____

This _____ Wilson
and _____ Jones

Dear Clerk:

Please be advised that an order transferring the above entitled action to your court was entered on _____ 3/4/03 _____ by the Honorable William R. Wilson Jr.

The following documents are included in our file and transmitted herewith:

(X) Certified copy of the docket entries;

( ) Certified copy of the transferral order;

(X) Original documents numbered  10, 3, 4, 5, 6, 8, 9, 7

( ) 11, 12

Kindly acknowledge receipt of the above on the copy of this letter.

Respectfully,

SARAH A. THORNTON
CLERK OF COURT

Date: 4/20/05

By: _____
Deputy Clerk

cc: Counsel, File

---

The documents listed above were received by me on  04-25-05  and assigned the following case number: 4:05CV00637WRW

By: J.P. Edgeson Jr.
Deputy Clerk

(Transfer Cover Letter.wpd - 3/7/2005)