UNITED STATES POSTAL SERVICE
OFFICIAL BUSINESS

**SENDER INSTRUCTIONS**
Print your name, address and ZIP Code in the space below.
- Complete items 1, 2, 3, and 4 on the reverse.
- Attach to front of article if space permits, otherwise affix to back of article.
- Endorse article "Return Receipt Requested" adjacent to number.



PENALTY FOR PRIVATE
USE, $300

Print Sender's name, address, and ZIP Code in the space below.

**RETURN TO** ➡

CLERKS OFFICE
UNITED STATES DISTRICT COURT
1 COURTHOUSE WAY
SUITE 2301
BOSTON, MA 02210

53

**SENDER:** Complete items 1 and 2 when additional services are desired, and complete items 3 and 4.
Put your address in the "RETURN TO" Space on the reverse side. Failure to do this will prevent this card from being returned to you. The return receipt fee will provide you the name of the person delivered to and the date of delivery. For additional fees the following services are available. Consult postmaster for fees and check box(es) for additional service(s) requested.
1. ☐ Show to whom delivered, date, and addressee's address.
   *(Extra charge)*
2. ☐ Restricted Delivery
   *(Extra charge)*

3. Article Addressed to:

4. Article Number

Type of Service:
☐ Registered      ☐ Insured
☐ Certified       ☐ COD
☐ Express Mail    ☐ Return Receipt for Merchandise

Always obtain signature of addressee or agent and DATE DELIVERED.

5. Signature — Address
X

6. Signature — Agent
X _A.S. Edgerun jr._ (signature)

7. Date of Delivery
4-25-05

8. Addressee's Address *(ONLY if requested and fee paid)*

PS Form **3811**, Mar. 1988    ★ U.S.G.P.O. 1988-212-865    **DOMESTIC RETURN RECEIPT**